IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00906-JLK

Union Investment Real Estate GMBH,
A German Limited Liability Company,

       Plaintiff,

v.

ICM International Concept Management, Inc.
A Colorado Corporation,

       Defendant.

_____

## ORDER STAYING LITIGATION
_____

Upon consideration of the Parties' Joint Motion to Stay Litigation (doc. #22), filed September 1, 2010, it is

ORDERED that the motion is GRANTED. This case is STAYED until December 21, 2011. It is

FURTHER ORDERED that status reports on the settlement are to be filed every six months, commencing March 1, 2011, or sooner should circumstances require.

Dated: September 1, 2010.

                                                BY THE COURT:

                                                *s/John L. Kane*
                                                United States District Court Judge